IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| BELLATORUM LAND & MINERALS, LP, | § | CASE NO. 21-32137 |
| | § | |
| DEBTOR. | § | |
| | § | |
| | § | |
| BELLATORUM PHALANX | § | CASE NO. 21-32138 |
| INVESTMENTS, LP, | § | |
| | § | |
| | § | |
| | § | CHAPTER 7 |
| DEBTOR. | § | JUDGE JEFFREY P. NORMAN |

## NOTICE OF SUBPOENA

Please take notice that pursuant to Federal Rule of Civil Procedure 45, made applicable herein by Federal Rule of Bankruptcy Procedure 9016, Eva S. Engelhart, intends to serve a Subpoena in a Bankruptcy Case on Isack Kohn. Service of the Subpoena will take place on September 22, 2022, or as soon thereafter as service may be effectuated. Any party in interest who wishes to receive a copy of the subpoena will be provided such upon email request to the undersigned.

Dated: September 22, 2022

              Respectfully submitted,

              */s/ Rebecca Muff Randolph*
              DANIELS & TREDENNICK, PLLC
              Andrea L. Kim
              Texas State Bar No. 00798327
              Andrea@dtlawyers.com
              Rebecca Muff Randolph
              Texas State Bar No. 24083533
              Rebecca @dtlawyers.com
              6363 Woodway Dr., Suite 700
              Houston, Texas 77057
              Telephone: (713) 917-0024
              Facsimile: (713) 917-0026
              **ATTORNEYS FOR TRUSTEE**

## CERTIFICATE OF CONFERENCE

I, the undersigned, certify that pursuant to BLR 2004-1(c) of the Bankruptcy Local Rules for the U.S. Bankruptcy Court for the Southern District of Texas, I contacted Isack Kohn by letter sent via U.S. Mail and email on August 31, 2022, in attempt to confer regarding an agreeable examination schedule for the items requested pursuant to the above-referenced Subpoena. On September 22, 2022, counsel for Mr. Kohn indicated that a subpoena would be required for Mr. Kohn to produce documents.

*/s/ Rebecca Muff Randolph*
Rebecca Muff Randolph