United States Bankruptcy Court
Southern District of Texas
**ENTERED**
November 01, 2022
Nathan Ochsner, Clerk

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| BELLATORUM LAND & MINERALS, LP | § | CASE NO. 21-32137 |
| | § | |
| BELLATORUM PHALANX INVESTMENTS, LP | § | CASE NO. 21-32138 |
| | § | |
| | § | CHAPTER 7 |
| | § | |
| DEBTOR | § | JUDGE JEFFREY P. NORMAN |

**ORDER GRANTING FIRST INTERIM APPLICATION FOR COMPENSATION BY ROSS, BANKS, MAY, CRON & CAVIN, P.C. FOR CHAPTER 7 ADMINISTRATIVE EXPENSES FOR THE PERIOD OF JUNE 25, 2021 TO OCTOBER 4, 2022 IN ITS CAPACITY AS GENERAL COUNSEL FOR EVA S. ENGELHART, CHAPTER 7 TRUSTEE**

(**Docket # 64**)

After due notice, came on for consideration the Application (the "Application") of Ross, Banks, May, Cron & Cavin, P.C. ("Ross Banks) for compensation for Chapter 7 Administrative expenses in its capacity as general counsel for Eva S. Engelhart, Chapter 7 Trustee ("Trustee"). After having considered the Application, the matters contained therein and any evidence/testimony adduced, the Court is of the opinion that the fees and expenses sought to be recovered should be allowed and paid in the amounts set forth below to Ross Banks as counsel to the Trustee herein, it is therefore

ORDERED that Ross Banks is ALLOWED compensation in the amount of $36,412.50 for attorneys' fees, and expenses in the amount of $1,838.65, on an interim basis pursuant to 11 U.S.C. § 330(a)(1)(A) and (B) and that such compensation/reimbursement is entitled to treatment as an administrative expense under 11 U.S.C. § 503(b)(2); provided, however, the BLM Estate shall pay no more than $5,188.78 (14.25%) of the amount approved for attorney's fees and $262.01 (14.25%) of the amount approved for expenses. Further, the BPI estate shall pay no more than $31,223.72 (85.75%) of the amount approved for attorney's fees and $1,576.64 (85.75%) of the amount approved for expenses. It is further

ORDERED that the Trustee, is hereby AUTHORIZED to disburse to Ross Banks all of the foregoing amounts set forth above, or such lesser amounts which might be agreed to by the parties based on the availability of funds; and the BLM Estate (21-32137) shall pay no more than $5,188.78 (14.25%) of the amount approved for attorney's fees and $262.01 (14.25%) of the amount approved for expenses.

Signed: November 01, 2022

Jeffrey P. Norman
United States Bankruptcy Judge